# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BRIAN KNIGHT, | : Case No.: 1:20-cv-00254-TSK |
| Plaintiff, | : |
| v. | : |
| CANDICE McLAUGHLIN, | : *Electronically Filed & Served* |
| Defendant. | : |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA   )
COUNTY OF ALLEGHENY   )

    Before me, the undersigned authority, a notary public, personally appeared Kim Maiorano, being duly sworn according to law, deposes and says that the Complaint in this matter was served by U.S. certified mail, return receipt requested, on the following defendants, on the dates indicated below:

| **Defendant** | **Date of Service** |
|---|---|
| Candice McLaughlin | November 16, 2020 |

Original return receipts showing the date of service are attached hereto.

AND FURTHER AFFIANT SAID NAUGHT.

                                          STRASSBURGER McKENNA GUTNICK
                                          & GEFSKY

                                          */s/ Kim Maiorano*
                                          Kim Maiorano

Sworn to and subscribed
before me this ___1st___ day
of ___December___, 2020.

___Celeste A. Callahan___
Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> Celeste A. Callahan, Notary Public
> Allegheny County
> My commission expires January 8, 2024
> Commission number 1359811
> Member, Pennsylvania Association of Notaries

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage
$
Total Postage and Fees
$

Sent To Candice McLaughlin
Street and Apt. No. 10600 4th St. N, Apartment 903
City, State, ZIP+4 St. Petersburg, FL 33716

Postmark Here
11/12/20

7017 0660 0000 9460 3786

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Candice McLaughlin
10600 4th St. N, Apartment 903
St. Petersburg, FL 33716

9590 9402 2863 7069 6756 30

2. Article Number *(Transfer from service label)*
7017 0660 0000 9460 3786

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                11-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **AFFIDAVIT OF SERVICE** was served by First Class Mail, U.S. Mail, postage prepaid, this 2nd day of December, 2020, on the following:

Candice McLaughlin
8737 Great Cove Drive
Orlando, FL 32819

STRASSBURGER McKENNA GUTNICK
& GEFSKY

/s/Danielle L. Dietrich
Danielle L. Dietrich