**FILED**

2nd December 2020

DEC 0 2 2020

**United States Circuit Court for the Northern District of West Virginia**

Brian Knight v. Candice McLaughlin

Civil Action No. 1:20-cv-254

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

In response to the summons in this civil action case I formally request a leave for extension to file response for the following reason:

The summons was delivered by registered mail to an old address and then forwarded to my current mailing address. I did not receive the summons in hand until Thanksgiving day which was followed by a holiday weekend. I am currently in Orlando, Florida and have not had sufficient time to secure a lawyer and prepare a response by the court deadline of 4th December 2020. My request is to extend to 14th December 2020.

This motion is being transmitted by fax on 2nd December 2020 with the original being delivered via first class mail.

12/2/20

**Candice McLaughlin**

8737 Great Cove Dr.

Orlando, FL 32819

fyrepyrat3@gmail.com

304-288-0174

I hereby certify that a true and correct copy of the foregoing motion was transmitted to opposing counsel by fax and first class mail at the below address on this 2nd day of December 2020.

Danielle L. Dietrich

Strassburger and McKenna Gutnick & Gefsky

Four Gateway Center, Suite 2200

444 Liberty Avenue, Pittsburgh, PA 15222

Fax: 412-281-8264