IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

BRIAN KNIGHT,

    Plaintiff,

v.                                              Civil Action No. 1:20-CV-254
                                              (JUDGE KLEEH)

CANDICE MCLAUGHLIN,

    Defendant.

## ORDER GRANTING PRO SE DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [ECF NO. 4]

By order entered by Hon. Thomas S. Kleeh, United States District Judge, on December 3, 2020 [ECF No. 5], this action was referred to the undersigned Magistrate Judge. Presently pending before the Court is the *pro se* Defendant's written request dated December 2, 2020 [ECF No. 4], which the Court construes as a motion, for an extension of time to respond to the Complaint to December 14, 2020.

For reasons stated in Defendant's motion, and for reasons appearing to the Court, Defendant's motion is hereby **GRANTED** and the deadline for Defendant to file a responsive pleading is December 14, 2020. It is so **ORDERED**.

The Clerk is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* and counsel of record, and all agencies as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Dated: December 4, 2020.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE