# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG

**BRIAN KNIGHT,**

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 1:20-CV-254
　　　　　　　　　　　　　　　　　　　　　　　(JUDGE KLEEH)

**CANDICE MCLAUGHLIN,**

    Defendant.

### FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING

The Court issues the following Notice Regarding Discovery and Scheduling. Pursuant to Fed.R.Civ.P. 16(b) and 26(f) and Local Rules of Civil Procedure ("LR") 16.01 and 26.01, the Court **SCHEDULES** the case as follows:

| | |
|---|---|
| **INITIAL PLANNING MEETING:** | April 13, 2021 |
| **REPORT FILING DATE:** | April 26, 2021 |
| **SCHEDULING CONFERENCE DATE:** | May 7, 2021 |
| **SCHEDULING CONFERENCE TIME:** | 9:00 A.M. |
| **INITIAL DISCOVERY DISCLOSURES DUE DATE:** | May 14, 2021 |

1. **INITIAL PLANNING MEETING**: Pursuant to Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b), parties to this action shall meet in person or by telephone on or before **April 13, 2021**. At this meeting, they shall discuss all matters required by Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b). The parties shall also consider the benefits of early mediation and advise in their report whether they wish the Court to schedule the matter for early mediation.

2. **MEETING REPORT AND PROPOSED DISCOVERY PLAN**: Pursuant to Fed.R.Civ.P. 26(f) and LR 16.01(c), the parties shall submit a written report on the results of the initial discovery meeting on or before **April 23, 2021**. This report shall include the parties' report

on those matters set forth in LR 16.01(b) and (c) and the parties' discovery plan as required by Fed.R.Civ.P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in LR 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

3.   **SCHEDULING CONFERENCE/SCHEDULING ORDER**: Upon receipt of the meeting report and proposed discovery plan, the undersigned Magistrate Judge **WILL CONDUCT** a telephonic scheduling conference on **May 7, 2021**, at **9:00 A.M.**, in Magistrate Judge Aloi's chambers, in Clarksburg, West Virginia, Second Floor. *See* Fed.R.Civ.P. 16(b) and LR 16.01(d). (Please note that the Court conducts scheduling conferences in all cases.) The Court **DIRECTS** lead counsel for **Plaintiff to arrange the conference call and provide dial-in information to all parties and the Court**, by email to **nathan_fetty@wvnd.uscourts.gov** no later than **May 5, 2021**. The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

4.   **INITIAL DISCOVERY DISCLOSURES**: Pursuant to LR 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed.R.Civ.P. 26(a)(1) on or before **May 14, 2021**.

The Clerk of the Court is directed to provide a copy of this Order, the Guidelines for Completing the Scheduling Order Checklist, and the Scheduling Order Checklist to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: March 16, 2021.**

/s/ Michael John Aloi
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE