CERTIFIED MAIL

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
500 WEST PIKE STREET, ROOM 301
P.O. BOX 2857
CLARKSBURG, WV 26302-2857

FILED

OFFICIAL BUSINESS

NOV 09 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

7020 1810 0001 5738 4830

02 1P   $007.53
0000911967   SEP 24 2021
MAILED FROM ZIP CODE 26301

1:20cv254 [35]

X-RAYED

Candice McLaughlin
8737 Great Cove Drive
Orlando, FL 32819

NIXIE    339  DE 1         0011/03/21
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 26302285757    *2374-04184-30-31